

AO 91 (Rev. 11/11) Criminal Complaint                    AUSA Saqib Mohammad Hussain (312) 353-1414

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

REGINALD RICHMOND,
      also known as "Dabo"

CASE NUMBER: 26 CR 290

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about June 10, 2026, at Ford Heights, in the Northern District of Illinois, Eastern Division, and elsewhere, defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | possession of a firearm by a convicted felon |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

*Anne Thuot*
ANNE THUOT
Special Agent, Federal Bureau of Investigation

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: June 11, 2026

_____
*Judge's signature*

City and state: Chicago, Illinois

KERI L. HOLLEB HOTALING
U.S. Magistrate Judge
*Printed name and title*

FILED
6/11/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**<u>AFFIDAVIT</u>**

I, ANNE THOUT, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation, and have been so employed since April 2023. My current responsibilities include the investigation of federal firearms and controlled substances offenses, including the unlawful possession of firearms or ammunition by convicted felons, firearms and narcotics trafficking, and violent crime.

2. As part of my duties as an FBI Special Agent, I am currently assigned to a criminal enterprise squad that focuses on violent crime taking place in and around Chicago, Illinois. I am trained in the areas of physical surveillance and controlled purchases of narcotics and/or firearms. I have received training in the areas of narcotics investigations, money laundering, and various methods which drug dealers use in an effort to conceal and launder the proceeds of their illicit drug trafficking enterprises. I have been involved with various electronic surveillance methods, the debriefing of defendants, informants, and witnesses, as well as others who have knowledge of the distribution, transportation, storage and importation of controlled substances and firearms.

3. I have received training in the area of narcotics and firearms trafficking investigations, money laundering, financial investigations and various methods which drug dealers use in an effort to conceal and launder the proceeds of their illicit

drug trafficking enterprises. I have participated in numerous investigations involving violations of narcotics laws.

4. This affidavit is based on my personal knowledge, my training and experience, my review of audio and audio-video recorded conversations, law enforcement records and reports, evidence recovered from court-authorized search warrants, additional court documents, as well as other information provided to me by other law enforcement agents and other sources.

5. This affidavit is submitted in support of a criminal complaint alleging that Reginald RICHMOND, also known as "Dabo" has violated Title 18, United States Code, Section 922(g)(1) (possession of a firearm by a convicted felon) (the "**Subject Offense**"). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging RICHMOND with violating the **Subject Offense**, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

### A. Summary

6. On or about June 10, 2026, as described in more detail below, pursuant to a search warrant of two separate and adjacent residences located near the 1400 block of Greenwood Avenue in Ford Heights, Illinois ("Subject Premises 2" and "Subject Premises 3," respectively), law enforcement found a firearm and ammunition in a white Infiniti SUV parked in the driveway of Subject Premises 3. RICHMOND

2

was in Subject Premises 2 when law enforcement arrived for the search, and, after acknowledging his *Miranda* rights and agreeing to speak with law enforcement, stated that the white Infiniti SUV belonged to him.[1]

7.      According to court records, as detailed below, RICHMOND has three prior felony convictions for crimes punishable by a term of imprisonment of more than one year.

**B.      June 10, 2026: Law enforcement recovered a firearm and ammunition from RICHMOND's vehicle.**

8.      On or about June 10, 2026, law enforcement officers searched, pursuant to a federal search warrant, Subject Premises 2 and Subject Premises 3. The warrant for Subject Premises 3 authorized the search of all vehicles located on Subject Premises 3.

9.       Prior to the search, law enforcement observed RICHMOND exit Subject Premises 2.  Law enforcement subsequently detained RICHMOND. Law enforcement observed the white Infiniti SUV bearing Minnesota license plate ZPV 221 parked in the driveway of Subject Premises 3.

10.      While detained with law enforcement, RICHMOND was advised of his *Miranda* rights and stated that the white Infiniti SUV belonged to him.

a.      Pursuant to aforementioned warrant, law enforcement searched the white Infiniti SUV and recovered a Charles Daly, model 1911, .45 caliber pistol bearing serial number CD010208 (below left) from the floorboard behind the driver's

---

[1] According to Minnesota Driver and Vehicle Services records, the white Infiniti SUV is registered to Individual B.

seat and multiple rounds of .223 and .756 caliber ammunition (below right) on top of the rear driver's side seat, which was folded down, as depicted in the images below:

 

11.     Law enforcement also recovered mail from the area behind the driver's seat addressed to RICHMOND.

12.     According to Lake County, Indiana court records, on or about November 2, 2017, RICHMOND was convicted of possession of heroin and sentenced to two years' imprisonment.

13.     According to Circuit Court of Cook County records, on or about July 30, 2018, RICHMOND was convicted of felony aggravated battery and sentenced to a term of probation.

14. On or about June 30, 2021, RICHMOND was convicted of possession with intent to distribute cocaine in the United States District Court for the Northern District of Illinois and sentenced to 18 months' imprisonment. *See* 20 CR 308-8.

15. According to law enforcement reports, and based on my training and experience, and the training and experience of other law enforcement officers familiar with firearms, I believe the Charles Daly, model 1911, .45 caliber pistol bearing serial number CD010208 and the multiple rounds of .223 and .756 caliber ammunition were manufactured in facilities located outside of the State of Illinois and therefore traveled in interstate commerce prior to RICHMOND's possession of them.

**C.    CONCLUSION**

16. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that, on or about January 10, 2026, at Ford Heights, in the Northern District of Illinois, Eastern Division, and elsewhere, Reginald RICHMOND, did knowingly possess a firearm, in violation of Title 18, United States Code, Sections 922(g)(1), respectively.

FURTHER AFFIANT SAYETH NOT.

*Anne Thuot*
ANNE THUOT
Special Agent, FBI

SWORN TO AND AFFIRMED by telephone on June 11, 2026.

Honorable KERI L. HOLLEB HOTALING
United States Magistrate Judge

5